UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

QIBAO LIN,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No.:  26-cv-807-JO-DEB

**ORDER GRANTING THE AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

For the reasons stated on the record at oral argument on April 17, 2026, the Court GRANTS Petitioner's amended habeas petition [Dkt. 15] and ORDERS as follows:

1. Respondents shall RELEASE Petitioner by 5 p.m. on April 18, 2026. Respondents shall file an affidavit attesting to Petitioner's release by 5 p.m. on the following business day.

2. The Court ENJOINS Respondents from redetaining Petitioner during the pendency of his removal proceedings without first providing an individualized bond hearing before a neutral immigration judge where the government bears the burden of establishing by clear and convincing evidence that Petitioner is a

1

danger to the community or a flight risk that cannot reasonably be addressed by bond or conditional release.  *See Singh v. Holder*, 638 F.3d 1196, 1203 (9th Cir. 2011).  Respondent shall not deny Petitioner bond on the basis that (i) 8 U.S.C. § 1225(b) requires or authorizes mandatory detention; or that (ii) BIA precedent deprives the immigration judge of jurisdiction to decide bond.  The immigration judge must consider Petitioner's financial circumstances and alternatives to bond as necessary in setting conditions of release.  *See Hernandez v. Sessions*, 872 F.3d 976, 1000 (9th Cir. 2017).  The bond hearing shall be transcribed.

3.  Respondents shall file a declaration attesting to full compliance with these obligations.  Respondents are ENJOINED from redetaining Petitioner **until 48 hours after** filing the declaration.

A longer written order will follow.

Dated:  April 17, 2026

_____

Honorable Jinsook Ohta
United States District Judge

26-cv-807-JO-DEB